UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

Omega Consulting, as Assignee of
Wolf Trading Company of York, Inc., Hardof
Wolff, Spice Time Foods, Inc., and United
Trading Company,

                 Plaintiff,

v.

Rapid-American Corporation A/K/A McCrory
Parent Corporation,
McCrory Corporation,
International Overseas Services, Ltd.,
F.O.F. Propriety Funds Ltd.,
& Farrington Manufacturing Company,

                 Defendants.
---------------------------------------------------------x

Civil Case No.: 08-CV-06899

**NOTICE OF VOLUNTARY DISCONTINUANCE**

**WITHOUT PREJUDICE**

Plaintiff Omega Consulting, as Assignee hereby affirms that the above entitled action be, and the same is, hereby discontinued under Federal Rules of Civil Procedure Rule 41(a)(1) against all Defendants without prejudice and without costs to any party and this notice may be filed with the Clerk without further notice. Defendants have not answered ~~appeared~~ in this action.

Dated: August 1, 2008

By: _____
Eric Dangerfield, Pro Se
Omega Consulting
7706 Pinebrook Drive
San Antonio, Texas 78230
(210) 430-0649
(206) 888-4687
Omega77x7@yahoo.com